UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60292-CR-COHN/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A.D. HAMPTON, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Tydell Allen's** Ex Parte Motion for Investigator (DE 104), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in the proper format.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of January, 2007.

                                                                    _____
                                                                    LURANA S. SNOW
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Randee Golder, Esq. (Allen)