```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA


                 CASE NO. 06-60292-CR-COHN/Snow
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A.D. HAMPTON, et al.,

    Defendants.
_____


### O R D E R

THIS CAUSE is before the Court on defendant **Tydell Allen's** Exparte Motions for Investigator and Fingerprint Expert (DE 125 and 142), which were referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Counsel for defendant Tydell Allen is authorized to expend an amount not to exceed $1,600.00, at a rate of $125.00 per hour, exclusive of costs, for the services of a fingerprint expert. Counsel is also authorized to expend an amount not to exceed $1,600.00, at a rate of $60.00 per hour, exclusive of costs, for the services of an investigator to aid in the preparation of the defense. Counsel shall submit two CJA 21 forms to the undersigned within 10 days from the date of this Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of February, 2007.

                                                /s/ Lurana S. Snow
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Randee Golder, Esq.